# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IKE PINKSTON | ) | CASE NO. 1:13CV2220 |
| | ) | |
| Petitioner, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| BENNIE KELLY, | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is the Report and Recommendation of Magistrate Judge James R. Knepp ("R & R") (Doc. # 7). The R&R recommends that Petitioner Ike Pinkston's 28 U.S.C. § 2254 petition for writ of habeas corpus (**Doc. # 1**) be dismissed as time-barred. The deadline has long since passed for Petitioner to file written objections to the R&R. See 28 U.S.C. § 636(b)(1). Failure to file objections by the deadline constitutes a waiver of the right to obtain a de novo review of the R&R in the district court, United States v. Walters, 638 F.2d 947, 949 (6th Cir. 1981), and a waiver of the right to appeal. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985).

The Court has reviewed the Magistrate Judge's R&R and agrees that the petition should be dismissed as time-barred. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R **(Doc. # 7)** and **DISMISSES** the petition for writ of habeas corpus **(Doc. # 1).**

    **IT IS SO ORDERED.**

                                                                                            */s/ Dan Aaron Polster    May 9, 2014*
                                                                                            **Dan Aaron Polster**
                                                                                            **United States District Judge**